**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

Summary Calendar
No. 02-10588
_____

ANNIE MARIE GREEN,

Plaintiff-Appellant,

versus

BROWNWOOD REGIONAL MEDICAL CENTER,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
Docket No. 00-CV-2493
_____

February 5, 2003

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

Annie Marie Green ("Green") comes to this court appealing

the district court's grant of summary judgment in favor of

defendant Brownwood Regional Medical Center ("Brownwood").

Although Green's complaint is just shy of incoherent, Brownwood and

the District Court interpreted it to allege three claims: (1)

---

[*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

hostile work environment sexual harassment; (2) race discrimination and discharge, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; (3) and intentional infliction of emotional distress. Green's brief before this court is equally opaque. Brownwood assumes that Green appeals the district court's entry of summary judgment on each of these three claims; this court will assume the same.

The district court's explanation of the appropriate summary judgment obligations and standards is correct. Its application of the law to the facts at hand is impeccable. There is little this court could say to enhance Judge Fitzwater's opinion.

Accordingly the district court's judgment is **AFFIRMED**.